CR 17-251 ADM/HB

UNITED STATES DISTRICT COURT
District of Minnesota

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRIS MAURICE WELCH,

Defendant.

**INDICTMENT**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about March 27, 2017, in the State and District of Minnesota, the defendant,

**CHRIS MAURICE WELCH,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies or serious drug offenses committed on occasions different from one another:

| Offense | Court | Date of Conviction (on or about) |
|---|---|---|
| First Degree Aggravated Robbery | Hennepin County District Court | April 26, 2002 |
| Second Degree Assault with a Dangerous Weapon | Hennepin County District Court | November 7, 2005 |
| Third Degree Sale of Drugs | Stearns County District Court | September 15, 2011 |
| Third Degree Possession of Drugs | Hennepin County District Court | July 3, 2014 |
| Fleeing a Police Officer in a Motor Vehicle | Ramsey County District Court | August 8, 2016 |

SCANNED
SEP 27 2017
U.S. DISTRICT COURT MPLS

knowingly possessed, in and affecting interstate commerce, a Ruger .22 caliber semi-automatic pistol, serial number 1629468, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Sections 922(g)(1), including the following firearm: a Ruger .22 caliber semi-automatic pistol, serial number 1629468.

A TRUE BILL

_____          _____
Acting United States Attorney                         FOREPERSON