# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                        **ORDER**
                                        Criminal No. 17-251 ADM/HB

Chris Maurice Welch,

    Defendant.

This matter is before the undersigned United States District Judge for a ruling on Defendant Chris Maurice Welch's ("Welch") pro se Motions [Docket Nos. 174, 175] to reopen and amend his § 2255 Petition [Docket No. 153]. The Court dismissed Welch's § 2255 Petition in March 2022, and Judgment was entered against him. See Mem. Op. Order [Docket No. 162]; J. [Docket No. 163]. Welch filed a motion to amend the Judgment in April 2022, and the Court denied the motion. See Mot. Am. [Docket No. 165]; Order [Docket No. 168]. Welch appealed the Judgment and the denial of his motion. See Notice Appeal [Docket No. 169]. The appeal is pending in the Eighth Circuit Court of Appeals.

Welch's appeal divests this Court of jurisdiction over the present Motions. See State ex rel. Nixon v. Coeur D'Alene Tribe, 164 F.3d 1102, 1106 (8th Cir. 1999) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over matters on appeal . . . [and] may not reexamine or supplement the order being appealed."). Accordingly, the Motions are **DENIED**.

                                        BY THE COURT:

                                        s/Ann D. Montgomery
Dated: August 5, 2022              ANN D. MONTGOMERY
                                        U.S. DISTRICT COURT